IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

ANN TIFFIN COWDEN, )
 )
    Plaintiff, )
 )
vs. )   CASE NO.: 11-CV-00112-WS-N
 )
WACHOVIA SECURITIES, d/b/a )
WELLS FARGO ADVISORS, LLC )
and ALBERT E. REYNOLDS, IV; )
 )
    Defendants. )
 )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff Ann Tiffin Cowden ("Ms. Cowden") and Defendants Wachovia Securities, d/b/a Wells Fargo Advisors, LLC and Albert E. Reynolds, IV ("Defendants"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendants, with each party to bear its own costs.

Respectfully submitted this 11th day of February, 2013.

| | |
|---|---|
| CAMPBELL, DUKE & CAMPBELL | MAYNARD, COOPER & GALE, P.C. |
| By: */s/* R. Nash Campbell | By: */s/* Todd H. Cox |
| Robert C. Campbell, III | A. Inge Selden, III, Esq. |
| R. Nash Campbell | Todd H. Cox, Esq. |
| 851 East I-65 Service Road, Suite 700 | 1901 Sixth Avenue North |
| Mobile, Alabama 36606 | 2400 Regions/Harbert Plaza |
| Tel: (251) 476-2400 | Birmingham, AL 35203-2618 |
| | Telephone: (205) 254-1000 |
| *Attorneys for Ann Tiffin Cowden* | *Attorneys for Wachovia Securities, d/b/a Wells Fargo Advisors, LLC and Albert E. Reynolds, IV* |