IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANN TIFFIN COWDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 11-0112-WS-N |
| | ) |
| WACHOVIA SECURITIES, etc., et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

In accordance with the parties' joint stipulation of dismissal with prejudice, (Doc. 49), this action is **dismissed with prejudice**, each party to bear its own costs.

DONE and ORDERED this 14th day of February, 2013.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

[1]